IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEBRA PEEL**                                                                                       **PLAINTIFF**

v.                                       CASE NO. 4:23-CV-00815-BSM

**CENTRAL ADJUSTMENT COMPANY,** *et al.*                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE